# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LONESOME DEVELOPMENT, LLC

VERSUS

TOWN OF ABITA SPRINGS

NO.   2021 CW 0518

---

In Re:   Town of Abita Springs and Mayor Dan Curtis, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-14436.

---

BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.

**STAY DENIED; WRIT DENIED.**

MRT
CHH

**Wolfe, J.,** dissents and would grant the writ and grant a stay of the trial court proceedings.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT